No. 61.   FEDERAL TRADE COMMISSION *v.* HENRY BROCH & Co.   Certiorari, 360 U. S. 908, to the United States Court of Appeals for the Seventh Circuit.   The motion of the National Association of Retail Grocers of the United States for leave to file brief, as *amicus curiae,* is granted.   *Henry J. Bison, Jr.* for movant.

No. 352.   MAGNOLIA PETROLEUM Co. *v.* FEDERAL POWER COMMISSION.   On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. The motion to substitute Socony Mobil Oil Company, Inc., as the petitioner in place of Magnolia Petroleum Company is granted.   *William S. Richardson, Frank C. Bolton, Jr.* and *John E. McClure* on the motion.

No. 466.   HUDSON *v.* NORTH CAROLINA.   On petition for writ of certiorari to the Supreme Court of North Carolina.   The motion for appointment of counsel is granted and it is ordered that *William Joslin, Esquire,* of Raleigh, North Carolina, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 371, Misc.   BROWN *v.* BOSLOW, DIRECTOR, PATUXENT INSTITUTION.   Motion for leave to file petition for writ of habeas corpus denied.

No. 134, Misc.   SHAW *v.* NEW JERSEY;
No. 328, Misc.   HORTON *v.* BLALOCK; and
No. 348, Misc.   RILEY *v.* NEW JERSEY.   Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.   Petitioners *pro se.   Norman Heine* for respondent in No. 134, Misc.